IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

NICHOLAS SANDERS, COREY WILLIAMS,
CRYSTAL OWENS, AMANDA CUNNINGHAM,
MARGERET TERRY, RHONDA WILSON,
COREY HILL, and ANQUINNATTA JAMES,
on behalf of themselves and others similarly situated       PLAINTIFFS

v.                           CASE NO: 1:21-CV-01052

DELEK LOGISTICS OPERATING, LLC,
and LION OIL COMPANY, LLC                                   DEFENDANTS

## UNOPPOSED MOTION TO STAY
## CURRENT SCHEDULING ORDER AND DEADLINES

Come the Plaintiffs, by and through one of their attorneys, David P. Price, and for their Motion, now state:

1. Currently at this time, there is a Motion to Remand to State Court filed by Plaintiffs in this cause, (Document No. 12).

2. At this time, there is a Scheduling Order with deadlines, and furthermore, discovery was sent this day from the Defendants to Plaintiffs.

3. David P. Price, one of the counsel for Plaintiffs, has spoken with Alan Perkins, counsel for Defendants, and is filing this Unopposed Motion to Stay the Current Scheduling Order and all Deadlines, pending the outcome of the Motion for Remand, (Document No. 12).

4. The Defendants do not object to this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray the Court grant the relief requested hereinabove, and stay the current Scheduling Order and all other deadlines, until the

Court rules on the current pending Motion of Plaintiffs for Remand to State Court, (Document No. 12).

Respectfully submitted,

NICHOLAS SANDERS, COREY WILLIAMS, CRYSTAL OWENS, AMANDA CUNNINGHAM, MARGERET TERRY, RHONDA WILSON, COREY HILL, and ANQUINNATTA JAMES, on behalf of themselves and others similarly situated, PLAINTIFFS

BY: /s/David P. Price_____
David P. Price, ABN: 92121
Attorney for Plaintiffs
P.O. Box 765
Magnolia, AR 71754-0765
870-234-4781
office@dpplaw.com

## CERTIFICATE OF SERVICE

I, David P. Price, attorney for Plaintiffs, do hereby certify that on this 6th day of April, 2022, I have filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following attorneys, to wit:

**Mr. G. Alan Perkins**
**PPGMR Law, PLLC**
P.O. Box 3446
Little Rock, AR 72203
Alan@ppgmrlaw.com

/s/David P. Price_____
David P. Price