IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

NICHOLAS SANDERS, COREY WILLIAMS,
CRYSTAL OWENS, AMANDA CUNNINGHAM,
MARGERET TERRY, RHONDA WILSON,
COREY HILL, AND ANQUINNATTA JAMES,
on behalf of themselves and others similarly situated     PLAINTIFFS

v.                              Case No. 1:21-cv-1052

DELEK LOGISTICS OPERATING, LLC,
and LION OIL COMPANY, LLC                                 DEFENDANTS

## ORDER

Before the Court is an Unopposed Motion to Dismiss. ECF No. 28. Plaintiffs move the Court to dismiss this action without prejudice. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of May, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge